AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| MARIA B. MORGAN AND RICHARD DAVID MORGAN | ) | |
| v. | ) | Case No.:   4:20-cv-00672-ALM |
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _02/02/2021_ against _Plaintiffs_ ,
<span>Date</span>
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $        400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 400.00 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]  Electronic service          [ ]  First class mail, postage prepaid

[ ]  Other:  _____

s/ Attorney:     _/s/ Mark D. Cronenwett_

Name of Attorney:    Mark D. Cronenwett

For:     _Defendant - US Bank National Association as Legal Title Trustee_          Date:    02/02/2021
<span>Name of Claiming Party</span>

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
<span>Clerk of Court</span>          <span>Deputy Clerk</span>          <span>Date</span>

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



## Complaints and Other Initiating Documents

4:20-cv-00672 Morgan et al v. U.S. Bank National Association as Legal Trustee for Truman 2016 SC6 Title Trustee

### U.S. District Court

### Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered by Cronenwett, Mark on 9/4/2020 at 4:41 PM CDT and filed on 9/4/2020

| | |
|---|---|
| **Case Name:** | Morgan et al v. U.S. Bank National Association as Legal Trustee for Truman 2016 SC6 Title Trustee |
| **Case Number:** | 4:20-cv-00672 |
| **Filer:** | U.S. Bank National Association as Legal Trustee for Truman 2016 SC6 Title Trustee |
| **Document Number:** | 1 |

**Docket Text:**
**NOTICE OF REMOVAL by U.S. Bank National Association as Legal Trustee for Truman 2016 SC6 Title Trustee from 219th Judicial District, Collin County, Texas, case number 219-04219-2020. (Filing fee $ 400 receipt number 0540-7986898), filed by U.S. Bank National Association as Legal Trustee for Truman 2016 SC6 Title Trustee. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit B-2, # (4) Exhibit B-3, # (5) Exhibit B-4, # (6) Exhibit C, # (7) Exhibit C-1, # (8) Civil Cover Sheet)(Cronenwett, Mark)**

**4:20-cv-00672 Notice has been electronically mailed to:**

Mark Douglas Cronenwett     mcronenwett@mwzmlaw.com, acruz@mwzmlaw.com, staplin@mwzmlaw.com

**4:20-cv-00672 Notice will not be electronically mailed to:**

Maria B Morgan


Richard David Morgan


The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/4/2020] [FileNumber=12604181-0
] [2a55e5fb7cfd355b6b0b1f0d45a4a38924b731d5d134459558d765209cde6e20e98
27911efccc847628872b20ee81603662afa09feb245eb2d75a04f2c76a061]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/4/2020] [FileNumber=12604181-1
] [52a1b7cfb089c6fb44c516f0f7f58802745f9d2dfc26b785adf1f04c762e869b5d3
91a1ac15a8d475f2fe7fae5d960b672f1fb3121c1006a600aaba9176be549]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/4/2020] [FileNumber=12604181-2
] [7945df15af37659faead7e67ef5dc1f0b7ec63deb5ed606044429b1a44b7d7f93dd
9250cb753b3fe1c604b2de6ef8d5d80f53e24ae6a71a4d6e7b45f7c2a8b84]]
**Document description:**Exhibit B-2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/4/2020] [FileNumber=12604181-3
] [a414b807b640df996d25145fa712116c1b529776e6c35bcbaa516cc9bd2d0ef37f5
845d490828c42f7f08b884faa8c4eba044b0aafc429dece13fa6c23437290]]
**Document descripti on:**Exhibit B-3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/4/2020] [FileNumber=12604181-4
] [1c95591284d1de1ec97dee958a919367ec0219fe4a397db60f6fa3baa0468cbb121
afe67f23349579accad6a3b5d4a3ceeef252c9d54389c49c302a6f6e10e1c]]
**Document description:**Exhibit B-4
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/4/2020] [FileNumber=12604181-5
] [71ac8516b45a4e47ee6b0afb43a6f2c26b222a657ecee370f36e9f9964b1d7d02f7
51fe31d5654be29b4624df915ec1fc5ba57157611ac8f5ef805e38026a1e2]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/4/2020] [FileNumber=12604181-6
] [7e89f176aa979abd695ee1dc6f5d5c22fd6b078f3b0340c09b35c6f30212f9c31c4
5a07f7778fab538b6cd7614e4bc7e0b6fa57c240b484734e3b812e9b702a8]]
**Document description:**Exhibit C-1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/4/2020] [FileNumber=12604181-7
] [2a821e2d9e3e89a4b2f4711dfa29741ad63ac8b8f3fedb3a97177e7caa2de1158fc
b3863addceaaf717a733bab63f2fcd924b9f79bfbdfbac642c2456fd4563a]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/4/2020] [FileNumber=12604181-8
] [4d238c63e0d5ddc3ddadacbd3bbfc463d10faf6a4c1d00ae1723bf474b5a9a4c3ed
4b88deab793bb29a440c10d19c7ef5435590c8768c2533263c1f30accf04b]]